IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and <br> T-MOBILE USA, INC., <br><br> Defendants. | Civil Action No. 2:16-cv-52 <br><br> JURY TRIAL DEMANDED |

### NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to the Court's Standing Order Regarding Readiness for Scheduling Conference, Plaintiff Huawei Technologies Co. Ltd ("Huawei") hereby notifies the Court that T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile") has filed a motion to dismiss (Dkt. 24) and the above-captioned case is ready for a scheduling conference.

**Pending Motions**

On Monday, March 21, 2016, T-Mobile filed Defendant's Motion to Dismiss (Dkt. No. 24).

**Patents in Suit**

Huawei has asserted four patents in this case. Below is a listing of the patents-in-suit:

- U.S. Patent No. 8,069,365
- U.S. Patent No. 8,719,617
- U.S. Patent No. 8,867,339
- U.S. Patent No. 9,235,462

**Previously Filed Eastern District of Texas Cases Involving the Patents-In-Suit**

There are no previously-filed cases involving the same patents in suit.

**Dates of Any Future Markman Hearing and/or Trial for Related Cases**.

There are no co-pending cases involving the same patents in suit.

**Other Pending Cases.**

On January 15, 2016, Huawei filed Complaints against T-Mobile alleging patent infringement of certain patents in the following actions, including the instant case:

- Case No. 2:16-cv-52
- Case No. 2:16-cv-55
- Case No. 2:16-cv-56
- Case No. 2:16-cv-57

Dated: March 24, 2016 Respectfully submitted,

By: */s/ David Barkan*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Linda Kordziel
DC Bar No. 446386
kordziel@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
Neil Warren
California Bar No. 272770
warren@fr.com

3

**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Brian G. Strand
Texas Bar No. 24081166
strand@fr.com
**FISH & RICHARDSON P.C.**
1221 Mc Kinney Street, Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 24, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ David Barkan*
David Barkan