# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:16-cv-00052-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF CYNTHIA D. VREELAND

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. file this Notice of Appearance and hereby notifies the Court and all parties of record that Cynthia D. Vreeland, of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, is appearing as counsel of record on their behalf in the above-styled and numbered case.

April 20, 2016

*/s/* Cynthia Vreeland
Cynthia Vreeland
(Texas Bar No. 20625150
Massachusetts Bar No. 635143)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic mail in accordance with Local Rule CV-5(a)(7)(C).

Dated: April 20, 2016                    */s/* Cynthia Vreeland
                                                        Cynthia Vreeland