IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:16-cv-52-JRG-RSP |
| | § | Case No. 2:16-cv-55-JRG-RSP |
| T-MOBILE US, INC. & T-MOBILE USA, INC., | § § | Case No. 2:16-cv-56-JRG-RSP |
| | § | Case No. 2:16-cv-57-JRG-RSP |
| | § § | |
| Defendants. | § | |

## ORDER

Before the Court are Movant-Intervenor Nokia Solutions and Networks US LLC and Nokia Solutions and Networks OY's Partially Unopposed Motions for Leave to Intervene. (Dkt. No. 32 (2:16-cv-52-JRG-RSP); Dkt. No. 33 (2:16-cv-55-JRG-RSP); Dkt. No. 34 (2:16-cv-56-JRG-RSP); Dkt. No. 33 (2:16-cv-57-JRG-RSP).) The Court finds the Motions for Leave to Intervene are **GRANTED**. The Court reserves ruling on whether Nokia's counterclaims will be severed and tried separately.

**SIGNED this 14th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE