**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § Plaintiff, § § v. § T-MOBILE US, INC. & T-MOBILE USA, § INC., § § Defendants. § § § | Case No. 2:16-cv-52-JRG-RSP Case No. 2:16-cv-55-JRG-RSP Case No. 2:16-cv-56-JRG-RSP Case No. 2:16-cv-57-JRG-RSP |

## ORDER

The Court **ORDERS** any Response to Huawei Technologies's Motion for Clarification (Dkt. No. 35) of the Court's June 14, 2016 Order (Dkt. No. 34) be filed by no later than June 23, 2016. The Court further **ORDERS** any Reply to that Response be filed by no later than June 28, 2016.

**SIGNED this 16th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE