**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. and HUAWEI DEVICE USA, INC., <br><br> Plaintiffs, <br> Counterclaim Defendants, <br><br> v. <br><br> T MOBILE US, INC. and T MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY, <br><br> Intervenors, <br> Counterclaim Plaintiffs. | Nos. 2:16-cv-52-JRG-RSP <br> 2:16-cv-55-JRG-RSP <br> 2:16-cv-56-JRG-RSP <br> 2:16-cv-57-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**INTERVENORS NOKIA SOLUTIONS
AND NETWORKS US LLC AND NOKIA SOLUTIONS AND NETWORKS OY'S
NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2**

Pursuant to the Court's Scheduling Order of June 6, 2016, Intervenors and Counterclaim Plaintiffs Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy hereby notify the Court that they timely served their P.R. 3-1 and 3-2 Disclosures in the above referenced matter on June 16, 2016, upon all counsel of record for Huawei Technologies Co. Ltd.

Dated: June 17, 2016

By: *Deron R. Dacus*
Deron R. Dacus
State Bar No: 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX   75701
(903) 705-1117
(903) 581-2543– Facsimile
Email: ddacus@dacusfirm.com

*Attorney for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via electronic mail in accordance with Local Rule CV-5(a) on July 17, 2016.

Dated: June 16, 2016

Deron R. Dacus
Deron R. Dacus

1