# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY, <br><br> Intervenors. | Nos. 2:16-cv-52-JRG-RSP <br>       2:16-cv-55-JRG-RSP <br>       2:16-cv-56-JRG-RSP <br>       2:16-cv-57-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Ross R. Barton, enters his appearance in the above-referenced proceeding for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy ("NSN"). NSN respectfully requests that the court take note of this Notice of Appearance and make Ross R. Barton one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Ross R. Barton at the address set forth below.

Dated:  July 12, 2016 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Ross R. Barton*
　　　　　　　　　　　　　　　　　　Ross R. Barton (NC Bar No. 37179)
　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　Bank of America Plaza
　　　　　　　　　　　　　　　　　　101 South Tryon Street, Suite 4000
　　　　　　　　　　　　　　　　　　Charlotte, NC  28280-4000
　　　　　　　　　　　　　　　　　　Telephone:  704-444-1000
　　　　　　　　　　　　　　　　　　Facsimile:  704-444-1111
　　　　　　　　　　　　　　　　　　Email: Ross.Barton@alston.com

　　　　　　　　　　　　　　　　　　Deron R. Dacus (TX Bar No. 00790553)
　　　　　　　　　　　　　　　　　　**THE DACUS FIRM**
　　　　　　　　　　　　　　　　　　821 ESE Loop 323, Suite 430
　　　　　　　　　　　　　　　　　　Tyler, TX 75701
　　　　　　　　　　　　　　　　　　Telephone: 903-705-7233
　　　　　　　　　　　　　　　　　　Facsimile: 903-581-2543
　　　　　　　　　　　　　　　　　　Email: ddacus@dacusfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Nokia Solutions and Networks US LLC*
　　　　　　　　　　　　　　　　　　*and Nokia Solutions and Networks Oy*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on July 12, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Ross R. Barton*
                                                  Ross Barton