## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br>  Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br>  Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY, <br><br>  Intervenors. | Nos. 2:16-cv-52-JRG-RSP <br>      2:16-cv-55-JRG-RSP <br>      2:16-cv-56-JRG-RSP <br>      2:16-cv-57-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Derek Neilson, enters his appearance in the above-referenced proceeding for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy ("NSN"). NSN respectfully requests that the court take note of this Notice of Appearance and make Derek Neilson one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Derek Neilson at the address set forth below.

Dated:  July 12, 2016 Respectfully submitted,

*/s/ Derek S. Neilson*

Derek S. Neilson (TX Bar No. 24072255)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email:  Derek.Neilson@alston.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: 903-705-7233
Facsimile: 903-581-2543
Email: ddacus@dacusfirm.com

*Attorneys for Nokia Solutions and Networks US LLC
and Nokia Solutions and Networks Oy*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 12, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Derek S. Neilson
Derek S. Neilson