**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,**<br><br>    **Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,**<br><br><br>    **Intervenors** | **Civil Action Nos.**   2:16-cv-52-JRG-RSP<br>2:16-cv-55-JRG-RSP<br>2:16-cv-56-JRG-RSP<br>2:16-cv-57-JRG-RSP |

**ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL AND FOR TERMINATION OF
<u>ELECTRONIC NOTICES</u>**

After considering the Unopposed Motion to Withdraw as Counsel and for Termination of Electronic Notices ("Unopposed Motion to Withdraw"), the Court finds that there is good cause for the Unopposed Motion to Withdraw to be GRANTED.

It is hereby ORDERED that Samuel Baxter, Steven Pollinger, Jennifer Truelove, and their firm, McKool Smith, P.C. (collectively, "McKool Smith") be withdrawn as counsel of record for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. in this case.

It is further ORDERED that McKool Smith no longer receive CM/ECF notices for the above-captioned action.

**SIGNED this 1st day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE