**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>    **Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,**<br><br>    **Intervenors.** | **Civil Action Nos.**    **2:16-cv-0052-JRG-RSP**<br>**2:16-cv-0055-JRG-RSP**<br>**2:16-cv-0056-JRG-RSP**<br>**2:16-cv-0057-JRG-RSP** |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PARTIES**
**TO SUBMIT PROPOSED PROTECTIVE ORDER**

The Court, having considered the Joint Motion to Extend Time for Parties to Submit

Proposed Protective Order, and for good cause shown:

Accordingly, **IT IS HEREBY ORDERED** that the deadline to file the Proposed

Protective Order is extended to and including Thursday, August 18, 2016.

    **SIGNED this 19th day of August, 2016.**


_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE