**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-00052-JRG-RSP |
| ) | |
| T-MOBILE US, INC. and ) | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TELEFONAKTIEBOLAGET LM ERICSSON'S AND ERICSSON INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Movant-Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") make this Corporate Disclosure Statement.

Ericsson Inc. identifies Ericsson Holding II Inc., a Delaware Corporation, and Telefonaktiebolaget LM Ericsson, a Swedish Corporation, as its parent corporations. Ericsson Inc. is wholly-owned by Ericsson Holding II Inc., which, in turn, is wholly-owned by Telefonaktiebolaget LM Ericsson.

Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States through American Depository Receipts under the name LM Ericsson Telephone Company.

Dated: September 16, 2016

Respectfully submitted,

*/s/ Phillip B. Philbin*

Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Hamilton C. Simpson
State Bar No. 24083862
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
charlie.jones@haynesboone.com
michael.karson@haynesboone.com
hamilton.simpson@haynesboone.com

*Attorneys for Movant-Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of such filing to all counsel of record.

*/s/ Phillip B. Philbin*
Phillip B. Philbin