IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.<br><br>　　　Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>　　　Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>　　　Intervenors. | Civil Action No. 2:16-cv-52<br><br>**JURY TRIAL DEMANDED** |

## HUAWEI TECHNOLOGIES CO. LTD.'S NOTICE OF COMPLIANCE WITH P.R. 4-1

Pursuant to the Court's Scheduling Order of July 27, 2016, Plaintiff Huawei Technologies Co. Ltd hereby notifies the Court that it has served its P.R. 4-1 Proposed Claim Terms on October 25, 2016, upon counsel of record for Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.

Dated: October 26, 2016　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jane Du*
　　　　　　　　　　　　　　　　　　　　　　Ruffin B. Cordell
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 04820550
　　　　　　　　　　　　　　　　　　　　　　cordell@fr.com
　　　　　　　　　　　　　　　　　　　　　　Linda L. Kordziel

DC Bar No. 446386
kordziel@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

>Kevin Su
>Massachusetts Bar No. 663726
>su@fr.com
>**FISH & RICHARDSON P.C.**
>One Marina Park Drive
>Boston, MA 02210
>Telephone: (617) 542-5070
>Facsimile: (617) 542-8906
>
>**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via electronic mail on October 26, 2016 to all counsel of record for Plaintiffs who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/ Jane Du*
>Jane Du