**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | | |
|---|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| T-MOBILE US, INC. and | ) | Civil Nos. | 2:16-cv-00052-JRG-RSP |
| T-MOBILE USA, INC., | ) | | 2:16-cv-00055-JRG-RSP |
| | ) | | 2:16-cv-00056-JRG-RSP |
| Defendants, | ) | | 2:16-cv-00057-JRG-RSP |
| | ) | | |
| NOKIA SOLUTIONS, | ) | | |
| NETWORKS US LLC, | ) | **Jury Trial Demanded** | |
| NOKIA SOLUTIONS, | ) | | |
| NETWORKS OY, | ) | | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | | |
| and ERICSSON INC., | ) | | |
| | ) | | |
| Intervenors. | ) | | |

## NOTICE OF ATTORNEY APPEARANCE

Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court and all parties and counsel of record that Jamie H. McDole, Texas State Bar No. 24082049, enters his appearance as counsel for Ericsson in the above-styled and numbered proceedings:

> Jamie H. McDole
> HAYNES AND BOONE, LLP
> 2323 Victory Avenue, Suite 700
> Dallas, Texas 75219
> Tel.: (214) 651-5121
> Fax: (214) 200-0867
> jamie.mcdole@haynesboone.com.

Counsel hereby requests notice and copies of all pleadings, discovery, correspondence and any other documents relating to these matters to be served upon him.

Dated: November 30, 2016

Respectfully submitted,

/s/ Jamie H. McDole
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Hamilton C. Simpson
State Bar No. 24083862
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
　　　　jamie.mcdole@haynesboone.com
　　　　charlie.jones@haynesboone.com
　　　　michael.karson@haynesboone.com
　　　　hamilton.simpson@haynesboone.com

*Attorneys for Movant-Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of such filing to all counsel of record.

/s/ Jamie H. McDole
Jamie H. McDole