# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**T-MOBILE US, INC.** and **T-MOBILE USA, INC.,**<br><br>Defendants,<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON,** and **ERICSSON INC.,**<br><br>Intervenors. | Civil Action No. 2:16-cv-00052-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

In accordance with the Court's July 27, 2016 Docket Control Order, Plaintiff Huawei Technologies Co. Ltd., Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Telefonaktiebolaget LM Ericsson, and Ericsson Inc., by and through their undersigned counsel, hereby respectfully move to amend the Docket Control Order as proposed in the First Amended Docket Control Order hereby submitted. The only change requested in this motion is to move the deadline to comply with Patent Rule 4-3 from December 6, 2016 to December 9, 2016 so that the parties have additional time to confer regarding the contents of the Patent Rule 4-3 statement. All other case deadlines remain unchanged.

Dated: December 6, 2016 Respectfully submitted,

By: */s/ David B. Conrad*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Linda Kordziel
DC Bar No. 446386
kordziel@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
Neil Warren
California Bar No. 272770
warren@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

        Kevin Su
        Massachusetts Bar No. 663726
        su@fr.com
        **FISH & RICHARDSON P.C.**
        One Marina Park Drive
        Boston, MA 02210
        Telephone: (617) 542-5070
        Facsimile: (617) 542-8906

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

By: */s/ Mark D. Selwyn*
        Mark D. Selwyn
        (California Bar No. 244180)
        Kathryn D. Zalewski
        (California Bar No. 263119)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        950 Page Mill Road
        Palo Alto, California 94304
        Tel. 650-858-6000

        Joseph J. Mueller
        (Massachusetts Bar No. 647567)
        Cynthia Vreeland
        (Texas Bar No. 20625150
        Massachusetts Bar No. 635143)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Tel. 617-526-6000

        Michael E. Jones
        SBN: 10929400
        POTTER MINTON, PC
        110 North College, Suite 500
        Tyler, Texas 75702
        Tel. 903-597-8311
        Fax 903-593-0846
        Email: mikejones@potterminton.com

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

By: */s/ John D. Haynes*
John Haynes (GA Bar No. 340599)
Patrick Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
Nicholas Tsui (GA Bar No. 982502)
ALSTON & BIRD LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com

Michael J. Newton (TX Bar No. 24003844)
Derek Neilson (TX Bar No. 24072255)
ALSTON & BIRD LLP
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
Linda Chang (NC Bar No. 44290)
Robert Caison (NC Bar No. 46632)
Samuel Merritt (NC Bar No. 47945)
M. Joseph Fernando (NC Bar No. 49199)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Linda.Chang@alston.com
Email: Robert.Caison@alston.com
Email: Sam.Merritt@alston.com
Email: Ravi.Fernando@alston.com

    Marsha E. Diedrich (CA Bar No. 93709)
    ALSTON & BIRD LLP
    333 South Hope Street
    16th Floor
    Los Angeles, CA 90071
    Telephone: (213) 576-1000
    Facsimile: (213) 576-1100
    Email: Marsha.Diedrich@alston.com

    Thomas Davison (FL Bar No. 55687)
    ALSTON & BIRD LLP
    The Atlantic Building
    950 F Street, NW
    Washington, DC 20004-1404
    Telephone: (202) 239-3300
    Facsimile: (202) 239-3333
    Email: Tom.Davison@alston.com

    Deron R. Dacus
    Texas State Bar No. 790553
    THE DACUS FIRM, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, TX 75701
    Telephone: (903) 705-1117
    Facsimile: (903) 581-2543
    Email: ddacus@dacusfirm.com

    *Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*

        By: */s/ Phillip B. Philbin*
            Phillip B. Philbin
            State Bar No. 15909020
            Jamie H. McDole
            State Bar No. 24082049
            Charles M. Jones II
            State Bar No. 24054941
            Michael D. Karson
            State Bar No. 24090198
            Hamilton C. Simpson
            State Bar No. 24083862
            HAYNES AND BOONE, LLP
            2323 Victory Avenue
            Suite 700
            Dallas, Texas 75219
            Tel.: (214) 651-5000
            Fax: (214) 651-5940
            Email:
            phillip.philbin@haynesboone.com
            jamie.mcdole@haynesboone.com
            charlie.jones@haynesboone.com
            michael.karson@haynesboone.com
            hamilton.simpson@haynesboone.com

*Attorneys for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 6, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ David B. Conrad
        David B. Conrad