# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**T-MOBILE US, INC. and**<br>**T-MOBILE USA, INC.,**<br><br>    **Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,**<br><br>    **Intervenors.** | **Civil Action No.**<br><br>**2:16-cv-00052-JRG-RSP** |

## FIRST AMENDED DOCKET CONTROL ORDER

In accordance with the scheduling conference held in this case and based upon the Joint Motion to Amend Docket Control Order filed December 6, 2016, it is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Ordered Date | Proposed Date | Case Event |
|---|---|---|
| October 2, 2017 | Unchanged | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| September 11, 2017 | Unchanged | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Judge Roy Payne |

| August 30, 2017 | Unchanged | *Notify Court of Agreements Reached During Meet and Confer

The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
|---|---|---|
| August 28, 2017 | Unchanged | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| August 21, 2017 | Unchanged | *File Notice of Request for Daily Transcript or Real Time Reporting.

If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| August 14, 2017 | Unchanged | File Motions *in Limine*

The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| August 14, 2017 | Unchanged | Serve Objections to Rebuttal Pretrial Disclosures |
| July 31, 2017 | Unchanged | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| July 24, 2017 | Unchanged | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| June 26, 2017 | Unchanged | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)

No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 23, 2017 | | Deadline to Complete Expert Discovery |

| June 5, 2017 | Unchanged | Serve Disclosures for Rebuttal Expert Witnesses |
|---|---|---|
| April 28, 2017 | Unchanged | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| May 15, 2017 | Unchanged | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| March 28, 2017 | Unchanged | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| March 21, 2017 | Unchanged | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| February 28, 2017 | Unchanged | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| February 14, 2017 | Unchanged | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| February 7, 2017 | Unchanged | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| January 31, 2017 | Unchanged | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| January 17, 2017 | Unchanged | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| January 17, 2017 | Unchanged | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| January 3, 2017 | Unchanged | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |

| December 20, 2016 | Unchanged | File Response to Amended Pleadings |
|---|---|---|
| December 6, 2016 | Unchanged | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| December 6, 2016 | December 9, 2016 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Notice of Mediator**:  The parties are to jointly file a notice that identifies the agreed upon mediator or indicates that no agreement was reached.  If the parties do not reach an agreement, the Court will appoint a mediator. The parties should not file a list of mediators to be considered by the Court.

**Indefiniteness**:  In lieu of early motions for summary judgment, the parties are directed to include any arguments related to the issue of indefiniteness in their *Markman* briefing, subject to the local rules' normal page limits.

**Motions for Continuance**: The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a)     The fact that there are motions for summary judgment or motions to dismiss pending;

(b)     The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c)     The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**Amendments to the Docket Control Order ("DCO")**: Any motion to alter any date on the DCO shall take the form of a motion to amend the DCO.  The motion to amend the DCO shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged). In other words, the DCO in the proposed order should be complete such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

- 5 -

**SIGNED this 7th day of December, 2016.**

                                                        _____
                                                        ROY S. PAYNE
                                                        UNITED STATES MAGISTRATE JUDGE