**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE US, INC. and T-MOBILE USA, INC., | ) ) ) | Civil Nos.   2:16-cv-00052-JRG-RSP<br>2:16-cv-00055-JRG-RSP<br>2:16-cv-00056-JRG-RSP |
| Defendants, | ) | 2:16-cv-00057-JRG-RSP |
| | ) | |
| NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., | ) ) ) ) ) ) | **Jury Trial Demanded** |
| | ) | |
| Intervenors. | ) | |
| | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court and all parties and counsel of record that Matthew P. Chiarizio, Texas State Bar No. 24087294, enters his appearance as counsel for Ericsson in the above-styled and numbered proceedings:

    Matthew P. Chiarizio
    HAYNES AND BOONE, LLP
    2323 Victory Avenue, Suite 700
    Dallas, Texas 75219
    Tel.: (214) 651-5132
    Fax: (214) 200-0556
    matthew.chiarizio@haynesboone.com

Counsel hereby requests notice and copies of all pleadings, discovery, correspondence, and any other documents relating to these matters to be served upon him.

| | |
|---|---|
| Dated: December 12, 2016 | Respectfully submitted, |
| | */s/ Matthew P. Chiarizio* |
| | Phillip B. Philbin |
| | LEAD ATTORNEY |
| | State Bar No. 15909020 |
| | Jamie H. McDole |
| | State Bar No. 24082049 |
| | Charles M. Jones II |
| | State Bar No. 24054941 |
| | Michael D. Karson |
| | State Bar No. 24090198 |
| | Hamilton C. Simpson |
| | State Bar No. 24083862 |
| | Matthew P. Chiarizio |
| | State Bar No. 24087294 |
| | HAYNES AND BOONE, LLP |
| | 2323 Victory Avenue |
| | Suite 700 |
| | Dallas, Texas 75219 |
| | Tel.: (214) 651-5000 |
| | Fax: (214) 651-5940 |
| | Email: phillip.philbin@haynesboone.com |
| | jamie.mcdole@haynesboone.com |
| | charlie.jones@haynesboone.com |
| | michael.karson@haynesboone.com |
| | hamilton.simpson@haynesboone.com |
| | matthew.chiarizio@haynesboone.com |
| | |
| | Jason T. Lao |
| | California State Bar No. 288161 |
| | HAYNES AND BOONE, LLP |
| | 600 Anton Boulevard, Suite 700 |
| | Costa Mesa, California 92626 |
| | Tel.: (949) 202-3000 |
| | Fax: (949) 202-3001 |
| | Email: jason.lao@haynesboone.com |
| | |
| | ***Attorneys for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of this filing to all counsel of record.

/s/ Matthew P. Chiarizio