IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and <br> T-MOBILE USA, INC., <br><br> Defendants. | Civil Action No. 2:16-cv-52 <br><br> J |

**ORDER GRANTING HUAWEI TECHNOLOGIES CO. LTD'S
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered the Unopposed Motion for Leave to File Under Seal submitted by Plaintiff Huawei Technologies Co. Ltd, and for good cause shown:

Accordingly, **IT IS HEREBY ORDERED** that leave is hereby **GRANTED** to Plaintiff Huawei Technologies Co. Ltd. to file under seal Huawei Technologies Co. Ltd.'s Reply In Support of Its Motion for Clarification.

**SIGNED this 7th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE