# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. and HUAWEI DEVICE USA, INC.,<br><br>    Plaintiffs,<br>    Counterclaim Defendants,<br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>    Intervenors,<br>    Counterclaim Plaintiffs. | Nos. 2:16-cv-52-JRG-RSP<br>       2:16-cv-55-JRG-RSP<br>       2:16-cv-56-JRG-RSP<br>       2:16-cv-57-JRG-RSP |

## ORDER GRANTING NOKIA SOLUTIONS AND NETWORKS US LLC'S AND NOKIA SOLUTIONS AND NETWORKS OY'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

The Court, having considered the Unopposed Motion for Leave to File Under Seal submitted by Intervenors and Counterclaim Plaintiffs Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy, and for good cause shown;

Accordingly, IT IS HEREBY ORDERED that leave is hereby GRANTED to Intervenors and Counterclaim Plaintiffs to file under seal Nokia Solutions and Networks US LLC's and Nokia Solutions and Networks Oy's Exhibit A - Declaration of John Kolakowski (the "Declaration") and the Exhibit 1 to the Declaration.

**SIGNED this 7th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE