IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>Defendants,<br><br>NOKIA SOLUTIONS AND<br>NETWORKS US LLC, NOKIA<br>SOLUTIONS AND NETWORKS OY,<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON, and ERICSSON INC.<br><br>Intervenors. | Civil Action Nos.   2:16-cv-52<br>2:16-cv-55<br>2:16-cv-56<br>2:16-cv-57<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR HUAWEI
TECHNOLOGIES CO. LTD. AND TERMINATION OF ELECTRONIC NOTICES**

Plaintiff Huawei Technologies Co. Ltd. ("Plaintiff") files this Motion to Withdraw Linda Kordziel as Counsel of Record, and would respectfully show the Court as follows. Plaintiff requests this Court to allow attorney of record Linda Kordziel to withdraw from this case because effectively March 3, 2017, Linda Kordziel will no longer be associated with Fish & Richardson P.C.

THEREFORE, Huawei Technologies Co. Ltd. asks this Court to grant their Motion and provide relief requested herein.

1

Dated: March 14, 2017 Respectfully submitted,

By: */s/ David Barkan*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

          Kevin Su
          Massachusetts Bar No. 663726
          su@fr.com
          **FISH & RICHARDSON P.C.**
          One Marina Park Drive
          Boston, MA 02210
          Telephone: (617) 542-5070
          Facsimile: (617) 542-8906

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF CONFERENCE

I certify that I, Jane Du counsel for Plaintiff Huawei Technologies Co. Ltd., conferred with counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. and Intervenors Nokia Solutions and Networks US, LLC, Nokia Solutions and Networks OY, Telefonaktiebolaget LM Ericsson, and Ericsson Inc. are not opposed to the relief sought herein.

          */s/ Jane Du*
          Jane Du

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 14, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

          */s/ David Barkan*
          David Barkan