IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § § § | |
| *Plaintiff*, | § § | Case No. 2:16-cv-52-JRG-RSP |
| v. | § § | Case No. 2:16-cv-55-JRG-RSP |
| T-MOBILE US, INC., et al., | § § | Case No. 2:16-cv-56-JRG-RSP |
| *Defendants*. | § § § | Case No. 2:16-cv-57-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are the Report and Recommendations filed by Magistrate Judge Payne on February 21, 2017 (Dkt. No. 147 in 2:16-cv-52; Dkt. No. 142 in 2:16-cv-55; Dkt. No. 143 in 2:16-cv-56; Dkt. No. 137 in 2:16-cv-57), which recommend that the Motions to Dismiss filed by Defendants T-Mobile US, Inc. and T-Mobile U.S.A., Inc. (collectively "T-Mobile") should be denied. No objections have been filed in any of the above cases.

Accordingly, the Recommendation made in each case is **ADOPTED**. It is therefore **ORDERED** that T-Mobile's Motions to Dismiss (Dkt. No. 24 in 2:16-cv-52; Dkt. No. 25 in 2:16-cv-55; Dkt. No. 26 in 2:16-cv-56; and Dkt. No. 25 in 2:16-cv-57) are hereby **DENIED**.

**So ORDERED and SIGNED this 24th day of March, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE