# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § § | |
| *Plaintiff*, | § § | Case No. 2:16-CV-00052-JRG-RSP |
| v. | § § | Case No. 2:16-CV-00055-JRG-RSP |
| | § | Case No. 2:16-CV-00056-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | § § § | Case No. 2:16-CV-00057-JRG-RSP |
| *Defendants*, | § § | |
| NOKIA SOLUTIONS, et al., | § § | |
| *Intervenors*. | § | |

## ORDER

Before the Court are Huawei's Emergency Motions for Clarification of Order Granting T-Mobile's Motion to Compel Production of Emails (Dkt. No. 210 in -52 action, Dkt. No. 200 in -55 action, Dkt. No 201 in -56 action, and Dkt. No. 196 in -57 action). The Court heard argument on the motion on Friday, May 5, 2017. For the reasons explained during the hearing, the motions are **GRANTED-IN-PART** to the extent that both parties are permitted email discovery in accordance with the Model ESI Order, except that T-Mobile is permitted additional custodians as previously Ordered by the Court.

**SIGNED this 11th day of May, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE