# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>         Plaintiff,<br>  v.<br>T-MOBILE US, INC. AND T-MOBILE USA, INC.,<br><br>         Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC.,<br>         Intervenors. | Civil Action No. 2:16-cv-00052-JRG-RSP<br>Civil Action No. 2:16-cv-00055-JRG-RSP<br>Civil Action No. 2:16-cv-00056-JRG-RSP<br>Civil Action No. 2:16-cv-00057-JRG-RSP |

## ORDER GRANTING
## JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE TO TAKE CERTAIN DEPOSITIONS

Before the Court is the Joint Motion to Extend Fact Discovery Deadline to Take Certain Depositions. Having reviewed the motion, the Court if of the opinion that is should be GRANTED.

It is therefore ORDERED that the Joint Motion to Extend Fact Discovery Deadline to Take Certain Depositions is GRANTED and the deadline to complete fact discovery is extended to August 31, 2017 for the limited purpose of completing the depositions of the following witnesses:

1. Laura Buckland, employed by T-Mobile;

2. Brian King, employed by T-Mobile;

3. Mark McDiarmid, employed by T-Mobile;

4. Justin Mueller, employed by T-Mobile;

5. A witness to be designated by T-Mobile in response to Huawei's Second Notice of Deposition of T-Mobile Pursuant to Rule 30(b)(6) Topic Nos. 2, 3, 11, 12, 122, and 123;

6. A witness to be designated by the Institute of Electrical and Electronics Engineers ("IEEE") in response to T-Mobile's Notice of Subpoena to the IEEE, served March 22, 2017;

7. Wenlin Zhang, employed by Huawei;

8. Chao Bin Yang, employed by Huawei;

9. Jason Chuanlung Chao, employed by Huawei;

10. Edgar Cabrera, employed by Nokia.

All other case deadlines remain unchanged.

**SIGNED this 17th day of May, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE