# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § | |
| v. | § § | Case No. 2:16-CV-00052-JRG-RSP<br>Case No. 2:16-CV-00055-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC. | § § § | Case No. 2:16-CV-00056-JRG-RSP<br>Case No. 2:16-CV-00057-JRG-RSP |

| | | |
|---|---|---|
| NOKIA SOLUTIONS AND NETWORK US LLC; | § § § | Case No. 2:16-CV-00753-JRG-RSP |
| v. | § § | Case No. 2:16-CV-00754-JRG-RSP<br>Case No. 2:16-CV-00755-JRG-RSP |
| HUAWEI TECHNOLOGIES CO. LTD | § § | Case No. 2:16-CV-00756-JRG-RSP |

## ORDER SETTING HEARING ON MOTIONS TO COMPEL

Before the Court are the following pending motions:

- Nokia's Motions to Compel the Production of Source Code (Dkt. No. 78 in -753 action, Dkt. No. 75 in -754 action; Dkt. No. 74 in -755 action; Dkt. No. 77 in -756 action);
- Huawei's Motions to Compel Source Code Computer at Depositions (Dkt. No. 205 in -52 action; Dkt. No. 195 in -55 action; Dkt. No. 197 in -56 action; Dkt. No. 192 in -57 action);
- T-Mobile's Motions to Compel Huawei to Produce Discovery Regarding Disclosure of the Asserted Patents to ETSI (Dkt. No. 215 in -52 action; Dkt. No. 205 in -55 action; Dkt. No. 206 in -56 action; Dkt. No. 201 in -57 action);
- Huawei's Motions to Compel a 30(b)(6) Witness (Dkt. No. 216 in -52 action; Dkt. No. 206 in -55 action; Dkt. No. 207 in -56 action; Dkt. No. 202 in -57 action);
- Huawei's Motions to Compel T-Mobile to Produce a Properly Prepared 30(b)(6) Witness (Dkt. No. 217 in -52 action; Dkt. No. 207 in -55 action; Dkt. No. 208 in -56 action; Dkt. No. 203 in -57 action).

The Court will hear argument on the motions on Friday, June 16, 2017 at 9:00 a.m. The hearing will not exceed two hours.

**SIGNED this 22nd day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE