IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC. and T-MOBILE USA, INC., <br><br> Defendants, <br><br> NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., <br><br> Intervenors. | Civil Action No. 2:16-cv-00052-JRG-RSP <br> Civil Action No. 2:16-cv-00055-JRG-RSP <br> Civil Action No. 2:16-cv-00056-JRG-RSP <br> Civil Action No. 2:16-cv-00057-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**HUAWEI'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS**

Huawei moves, unopposed, for leave to serve its Second Supplemental Infringement Contentions in the above actions to add citations to source code from each of T-Mobile's component suppliers. Although Huawei does not believe leave is necessary here because the infringement contentions are directed to T-Mobile, and not all of the discovery and source code for the components implicated in T-Mobile's infringing networks had been produced by its third-party vendors until May 12, 2017, Huawei nevertheless moves for leave to supplement its contentions to add supporting citations to source code from T-Mobile's suppliers. T-Mobile, NSN, and Ericsson have already been served with a copy of Huawei's second supplemental infringement contentions and they do not oppose this request.

Dated: May 23, 2017                                      Respectfully submitted,

                                              By: */s/ Jane Du*
                                                    Ruffin Cordell
                                                    Texas Bar No. 04820550
                                                    cordell@fr.com
                                                    **FISH & RICHARDSON P.C.**
                                                    901 15th Street, NW, Suite 700
                                                    Washington, D.C. 20005
                                                    Telephone: (202) 783-5070
                                                    Facsimile: (202) 783-2331

                                                    Thomas H. Reger II
                                                    Texas Bar No. 24032992
                                                    reger@fr.com
                                                    Carl E. Bruce
                                                    Texas Bar No. 24036278
                                                    bruce@fr.com
                                                    David B. Conrad
                                                    Texas Bar No. 24049042
                                                    conrad@fr.com
                                                    Jane Du
                                                    Texas Bar No. 24076355
                                                    du@fr.com
                                                    **FISH & RICHARDSON P.C.**
                                                    1717 Main Street, Suite 5000
                                                    Dallas, TX 75201
                                                    Telephone: (214) 747-5070
                                                    Facsimile: (214) 747-2091

                                                    David Barkan
                                                    California Bar No. 160825
                                                    barkan@fr.com
                                                    **FISH & RICHARDSON P.C**.
                                                    500 Arguello Street, Suite 500
                                                    Redwood City, CA 94063
                                                    Telephone: (650) 839-5070
                                                    Facsimile: (650) 839-5071

>Kevin Su
>Massachusetts Bar No. 663726
>su@fr.com
>**FISH & RICHARDSON P.C.**
>One Marina Park Drive
>Boston, MA 02210
>Telephone: (617) 542-5070
>Facsimile: (617) 542-8906
>
>**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 23, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/Jane Du*
>Jane Du