UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>    Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>    Intervenors. | Civil Action No. 2:16-cv-00052-JRG-RSP<br>Civil Action No. 2:16-cv-00055-JRG-RSP<br>Civil Action No. 2:16-cv-00056-JRG-RSP<br>Civil Action No. 2:16-cv-00057-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**REPORT OF MEDIATION**

The above-captioned cases were mediated by Antonio Piazza on Tuesday, May 23, 2017, between Plaintiff Huawei Technologies Co. Ltd., Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy and Telefonaktiebolaget LM Ericsson and Ericsson Inc. The parties engaged in good faith discussions but were unable to reach any resolution of their disputes.

Dated: June 12, 2017

Respectfully submitted,

*(signature)*
Antonio C. Piazza

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2017, a true and correct copy of the foregoing document was served upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ *(signature)* Antonio Piazza