# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants.<br><br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>    Intervenors. | Civil Action No. 2:16-cv-0052-JRG-RSP<br>Civil Action No. 2:16-cv-0055-JRG-RSP<br>Civil Action No. 2:16-cv-0056-JRG-RSP<br>Civil Action No. 2:16-cv-0057-JRG-RSP<br><br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and consents to electronic service of all papers in this action.

        **Y. Ernest Hsin**
        California State Bar No. 201668
        GIBSON, DUNN & CRUTCHER LLP
        555 Mission Street
        San Francisco, CA 94105-0921
        Tel: (415) 393-8224
        Fax: (415) 374-8436
        ehsin@gibsondunn.com

Dated:  June 22, 2017				Respectfully Submitted,


					By:  /s/ Y. Ernest Hsin

					GIBSON, DUNN & CRUTCHER LLP
					Josh A. Krevitt (NY # 2568228)
					Lead Attorney
					jkrevitt@gibsondunn.com
					200 Park Avenue, 47th Floor
					New York, New York 10166
					Tel: (212) 351-4000
					Fax:  (212) 351-4035

					GIBSON, DUNN & CRUTCHER LLP
					Mark N. Reiter (TX # 16759900)
					mreiter@gibsondunn.com
					2100 McKinney Avenue, Suite 1100
					Dallas, Texas 75201
					Tel: (214) 698-3100
					Fax: (214) 571-2900

					GIBSON, DUNN & CRUTCHER LLP
					Ernest Y. Hsin (CA # 201668)
					ehsin@gibsondunn.com
					555 Mission Street
					San Francisco, CA 94105-0921
					Tel: (415) 393-8224
					Fax: (415) 374-8436

					GIBSON, DUNN & CRUTCHER LLP
					Stuart M. Rosenberg  (CA # 239926)
					srosenberg@gibsondunn.com
					1881 Page Mill Road
					Palo Alto, CA 94304-1211
					Tel: (650) 849-5389
					Fax: (650) 849-5089

					*Attorneys for Defendants, T-Mobile US, Inc. and T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on June 22, 2017 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ Y. Ernest Hsin
Y. Ernst Hsin