**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T-MOBILE US, INC. and T-MOBILE USA, ) <br> INC., ) <br> ) <br> ) <br> Defendants, ) <br> ) <br> NOKIA SOLUTIONS AND NETWORKS ) <br> US LLC, NOKIA SOLUTIONS AND ) <br> NETWORKS OY, ) <br> TELEFONAKTIEBOLAGET LM ) <br> ERICSSON, and ERICSSON INC., ) <br> ) <br> Intervenors. ) <br> ) | Civil Nos.   2:16-cv-00052-JRG-RSP <br> 2:16-cv-00055-JRG-RSP <br> 2:16-cv-00056-JRG-RSP <br> 2:16-cv-00057-JRG-RSP <br><br> **Jury Trial Demanded** |

## NOTICE OF ATTORNEY APPEARANCE

Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court and all parties and counsel of record that Tiffany M. Cooke, Texas State Bar No. 24087340, enters her appearance as counsel for Ericsson in the above-styled and numbered proceedings:

> Tiffany M. Cooke
> HAYNES AND BOONE, LLP
> 2323 Victory Avenue, Suite 700
> Dallas, Texas 75219
> Tel.: (214) 651-5849
> Fax: (214) 200-0847
> tiffany.cooke@haynesboone.com

Counsel hereby requests notice and copies of all pleadings, discovery, correspondence, and any other documents relating to these matters to be served upon her.

Dated: July 7, 2017                                          Respectfully submitted,

                                                             */s/ Tiffany M. Cooke*
                                                             Phillip B. Philbin
                                                             LEAD ATTORNEY
                                                             State Bar No. 15909020
                                                             Jamie H. McDole
                                                             State Bar No. 24082049
                                                             Charles M. Jones II
                                                             State Bar No. 24054941
                                                             Michael D. Karson
                                                             State Bar No. 24090198
                                                             Tiffany M. Cooke
                                                             State Bar No. 24087340
                                                             HAYNES AND BOONE, LLP
                                                             2323 Victory Avenue
                                                             Suite 700
                                                             Dallas, Texas 75219
                                                             Tel.: (214) 651-5000
                                                             Fax: (214) 651-5940
                                                             Email: phillip.philbin@haynesboone.com
                                                                        jamie.mcdole@haynesboone.com
                                                                        charlie.jones@haynesboone.com
                                                                        michael.karson@haynesboone.com
                                                                        tiffany.cooke@haynesboone.com

                                                             ***Attorneys for Intervenors Telefonaktiebolaget
                                                             LM Ericsson and Ericsson Inc.***

2

*Huawei Techs. Co. v. T-Mobile US, Inc., et al.*,
Nos. 2:16-cv-52-JRG-RSP (E.D. Tex.),
2:16-cv-55-JRG-RSP (E.D. Tex.),
2:16-cv-56-JRG-RSP (E.D. Tex.),
2:16-cv-57-JRG-RSP (E.D. Tex.).

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of such filing to all counsel of record.

                                          */s/ Tiffany M. Cooke*
                                          Tiffany M. Cooke

3

*Huawei Techs. Co. v. T-Mobile US, Inc., et al.*,
Nos. 2:16-cv-52-JRG-RSP (E.D. Tex.),
2:16-cv-55-JRG-RSP (E.D. Tex.),
2:16-cv-56-JRG-RSP (E.D. Tex.),
2:16-cv-57-JRG-RSP (E.D. Tex.).