IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,**<br><br>    Defendants,<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**<br><br>    Intervenors. | Civil Action Nos.  2:16-cv-00052-JRG-RSP<br>2:16-cv-00055-JRG-RSP<br>2:16-cv-00056-JRG-RSP<br>2:16-cv-00057-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD'S OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE DAMAGES TESTIMONY OF VANDER VEEN**

Huawei respectfully moves the Court for leave to exceed the page limit in its Opposition to Defendants' Motion Under *Daubert* to Exclude the Damages Testimony of Dr. Thomas Vander Veen[1] by no more than 5 pages.  As such motion involves a nondispositive issue, the page limit is 15 pages. Given the number of issues raised in T-Mobile's motion and that Dr. Vander Veen's reports span over 350 pages of analysis (excluding attachments) across 12 patents and four cases, Huawei believes that a modest enlargement of the page limit is necessary for it to fully respond.

---

[1] D.I. 260 in Civil Action No. 2:16-cv-52; D.I. 251 in Civil Action No. 2:16-cv-55; D.I. 251 in Civil Action No. 2:16-cv-56; D.I. 246 in Civil Action No. 2:16-cv-57.

The parties have conferred and T-Mobile opposes this request because it filed its opening brief within the 15 page limit. T-Mobile did not ask for additional pages, however, and Huawei would have responded reasonably to T-Mobile making such a request if it had asked. Accordingly, Huawei files this motion as opposed.

Dated:  August 2, 2017

Respectfully submitted,
By: */s/ David Barkan*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.

500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 2, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ David Barkan*
David Barkan

## CERTIFICATE OF CONFERENCE

As noted in the above motion, the parties conferred and T-Mobile indicated that it would oppose this motion because it filed its opening brief within the 15 page limit. Huawei has complied with the meet and confer requirement of Local Rule CV-7(h).

*/s/ David Barkan*
David Barkan