**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>  Defendants,<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**<br><br>  Intervenors. | Civil Action Nos.  2:16-cv-00052-JRG-RSP<br>2:16-cv-00055-JRG-RSP<br>2:16-cv-00056-JRG-RSP<br>2:16-cv-00057-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE DAMAGES TESTIMONY OF VANDER VEEN**

  Before the Court is Plaintiff's Opposed Motion for Leave to Exceed the Page Limit in its Response to T-Mobile's Motion to Exclude the Damages Testimony of Vander Veen.  Having considered Plaintiff's motion, the Court orders that the motion be **GRANTED.**  The plaintiff's opposition shall not exceed 20 pages.