**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,** | |
| **Plaintiff,** | |
| **v.** | |
| **T-MOBILE US, INC. and T-MOBILE USA, INC.,** | **Civil Action No. 2:16-cv-00052-JRG-RSP** |
| **Defendants,** | **JURY TRIAL DEMANDED** |
| **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,** | |
| **Intervenors.** | |

**[PROPOSED] ORDER ON PLAINTIFF'S OPPOSITION TO**
**T-MOBILE'S MOTION FOR SUMMARY JUDGMENT OF INELIGIBILITY OF**
**U.S. PATENT NOS. 8,069,365 AND 8,719,617**

Before the Court is Huawei Technologies Co. Ltd.'s ("Huawei") Opposition to T-Mobile's Motion for Summary Judgment of Ineligibility of U.S. Patent Nos. 8,069,365 and 8,719,617. Having considered Huawei's Opposition to T-Mobile's Motion for Summary Judgment of Ineligibility of U.S. Patent Nos. 8,069,365 and 8,719,617, and any responses and replies thereto, the Court is of the opinion that T-Mobile's Motion should be DENIED.