IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**T-MOBILE US, INC. and**<br>**T-MOBILE USA, INC.,**<br><br>**Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**<br><br>**Intervenors.** | Civil Action No.  2:16-cv-00052-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES**

Before the Court is Defendants' Motion for Partial Summary Judgment of No Pre-Suit Damages.  Having considered Huawei's Opposition to Defendants' Motion for Partial Summary Judgment of No Pre-Suit Damages, the Court is of the opinion that Defendants' Motion should be DENIED.