# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,** | |
| **Plaintiff,** | |
| **v.** | |
| **T-MOBILE US, INC. and T-MOBILE USA, INC.,** | **Civil Action Nos.  2:16-cv-00052-JRG-RSP** |
| | **2:16-cv-00055-JRG-RSP** |
| | **2:16-cv-00056-JRG-RSP** |
| **Defendants,** | **2:16-cv-00057-JRG-RSP** |
| **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.** | **JURY TRIAL DEMANDED** |
| **Intervenors.** | |

## ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE DAMAGES TESTIMONY OF VANDER VEEN

Before the Court is Plaintiff's Opposed Motion for Leave to Exceed the Page Limit in its Response to T-Mobile's Motion to Exclude the Damages Testimony of Vander Veen.  Having considered Plaintiff's motion, the Court orders that the motion be **GRANTED.**   The plaintiff's opposition shall not exceed 20 pages.

**SIGNED this 7th day of August, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE