# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**T-MOBILE US, INC.** and **T-MOBILE USA, INC.,**<br><br>**Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**<br><br>**Intervenors.** | Civil Action Nos.  2:16-cv-00052-JRG-RSP<br>2:16-cv-00055-JRG-RSP<br>2:16-cv-00056-JRG-RSP<br>2:16-cv-00057-JRG-RSP<br><br>**JURY TRIAL DEMANDED**<br><br>**[FILED UNDER SEAL]** |

## ORDER GRANTING PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD'S UNOPPOSED MOTON TO SUBSTITUTE CORRECTED EXHIBIT B

Before the Court is Plaintiff's Unopposed Motion to Substitute Corrected Exhibit B, replacing the following documents filed August 7, 2017:

- D284-2 in Civil Action No. 2:16-cv-00052-JRG-RSP;

- D268-2 in Civil Action No. 2:16-cv-00055-JRG-RSP;

- D262-2 in Civil Action No. 2:16-cv-00056-JRG-RSP; and

- D259-2 in Civil Action No. 2:16-cv-00057-JRG-RSP.

Having considered Huawei's Unopposed Motion to Substitute Corrected Exhibit B, the Court is of the opinion that Plaintiff's Unopposed Motion should be GRANTED.

**SIGNED this 21st day of August, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE