# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:16-CV-0052-JRG-RSP**
**2:16-CV-0055-JRG-RSP**
**2:16-CV-0056-JRG-RSP**
**2:16-CV-0057-JRG-RSP**
**Huawei Technologies Co. Ltd. v. T-Mobile US, Inc., et al.**
**August 22, 2017     9:00 am**

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Ricardo Bonilla | Huawei |
| Neil Warren | Huawei |
| DAVID CONRAD | Huawei |
| Conrad Gosen | Huawei |
| Michael Deane | NSN |
| Scott Stevens | NSN |
| J. Ravindra Fernando | NSN |
| Mike Newton | NSN |
| Tom Reger | Huawei |
| Y. Ernest Hsin | T Mobile |
| Mark Reiter | T-Mobile |
| Josh Krevitt | T Mobile |
| Neema Jalali | T-Mobile |
| Eric Syu | T-Mobile |
| JOHN HAYNES | NSN |
| | |

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Deron Dacus | NSN |
| David Barkan | Huawei |
| MARK MANN | Huawei |
| Richard Storba | " |
| Phillip Philbin | Ericsson |
| Ruffin Cordell | Huawei (11:00 AM?) |
| Jonathan Bright | Huawei |
| MARK SELWYN | T-MOBILE |
| STUART ROSENBERG | T-MOBILE |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |