**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, § <br> § <br> v. § <br> § <br> T-MOBILE US, INC., T-MOBILE § <br> U.S.A., INC. § <br> § | Case No. 2:16-CV-00052-JRG-RSP <br> Case No. 2:16-CV-00055-JRG-RSP <br> Case No. 2:16-CV-00056-JRG-RSP <br> Case No. 2:16-CV-00057-JRG-RSP |

**ORDER**

Huawei Technologies Co. LTD ("Huawei") moves to strike the deposition transcript errata of Viraj Silva. The Court heard argument on August 22, 2017, and for the reasons explained during the hearing, indicated that the motions would be denied. T-Mobile US, Inc. and T-Mobile U.S.A., Inc. (collectively, "T-Mobile") agree that Huawei may impeach Mr. Silva with his original testimony at trial, provided the proper foundation is laid. Huawei has leave to reopen the deposition and question the witness concerning the change in his testimony. The parties agree that the reopened deposition will be governed by Rule 30(b)(6).

Accordingly,

It is **ORDERED**:

Huawei's motions to strike[1] are **DENIED**.

**SIGNED this 23rd day of August, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Dkt. 253 in Case No. 2:16-cv-00052;
Dkt. 244 in Case No. 2:16-cv-00055;
Dkt. 246 in Case No. 2:16-cv-00056;
Dkt. 240 in Case No. 2:16-cv-00057.