**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | |
|     Plaintiff, | Civil Action No. 2:16-cv-0052-JRG-RSP |
| v. | Civil Action No. 2:16-cv-0055-JRG-RSP |
| | Civil Action No. 2:16-cv-0056-JRG-RSP |
| T-MOBILE US, INC. and T-MOBILE USA, INC., | Civil Action No. 2:16-cv-0057-JRG-RSP |
|     Defendants. | |
| | JURY TRIAL DEMANDED |
| NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIBOLAGET LM ERICSSON, and ERICSSON INC., | |
|     Intervenors. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and consents to electronic service of all papers in this action.

**Eric T. Syu**
California State Bar No. 303857
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Dr.
Irvine, CA 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220
esyu@gibsondunn.com

Dated:  August 24, 2017                    Respectfully Submitted,

                                           By:  */s/ Eric T. Syu* _____

                                           GIBSON, DUNN & CRUTCHER LLP
                                           Josh A. Krevitt (NY # 2568228)
                                           Lead Attorney
                                           jkrevitt@gibsondunn.com
                                           200 Park Avenue, 47th Floor
                                           New York, New York 10166
                                           Tel: (212) 351-4000
                                           Fax:  (212) 351-4035

                                           GIBSON, DUNN & CRUTCHER LLP
                                           Mark N. Reiter (TX # 16759900)
                                           mreiter@gibsondunn.com
                                           2100 McKinney Avenue, Suite 1100
                                           Dallas, Texas 75201
                                           Tel: (214) 698-3100
                                           Fax: (214) 571-2900

                                           GIBSON, DUNN & CRUTCHER LLP
                                           Ernest Y. Hsin (CA # 201668)
                                           ehsin@gibsondunn.com
                                           Neema Jalali (CA # 245424
                                           njalali@gibsondunn.com
                                           555 Mission Street
                                           San Francisco, CA 94105-0921
                                           Tel: (415) 393-8224
                                           Fax: (415) 374-8436

                                           GIBSON, DUNN & CRUTCHER LLP
                                           Stuart M. Rosenberg  (CA # 239926)
                                           srosenberg@gibsondunn.com
                                           1881 Page Mill Road
                                           Palo Alto, CA 94304-1211
                                           Tel: (650) 849-5389
                                           Fax: (650) 849-5089

GIBSON, DUNN & CRUTCHER LLP
Casey J. McCracken (CA # 271202)
cmccracken@gibsondunn.com
Eric T. Syu (CA # 303857)
esyu@gibsondunn.com
3161 Michelson Dr.
Irvine, CA 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220

*Attorneys for Defendants, T-Mobile US, Inc. and T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 24, 2017 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Eric T. Syu*
Eric T. Syu