# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**CIVIL ACTION NO.**

    **2:16-cv-00052**

    **2:16-cv-00055**

    **2:16-cv-00056**

    **2:16-cv-00057**

    **2:16-cv-00230**

    **2:16-cv-00147**

    **5:15-cv-00009**

    **2:16-cv-01122**

## ORDER ON JURY SELECTION AND PRESENTATION OF EVIDENCE

The Court issues this Order *sua sponte*. The above-captioned cases are currently set for jury selection on October 2, 2017, with the presentation of evidence to begin on October 10, 2017. The Court intends to reach these cases in the following order:

1. *Huawei Technologies Co. Ltd v. T-Mobile US, Inc. et al.* (Case No. 2:16-cv-00052);[1]

2. *Packet Intelligence LLC v. NetScout Systems, Inc. et al.* (Case No. 2:16-cv-00230);

3. *Packet Intelligence LLC v. Sandvine Corporation et al.* (Case No. 2:16-cv-00147);

4. *Keith Manufacturing Co. v. Cargo Floor B.V.* (Case No. 5:15-cv-00009);

5. *Franklin et al. v Sones et al.* (Case No. 2:16-cv-01122).

---

[1] Case Nos. 2:16-cv-00055, 2:16-cv-00056, and 2:16-cv-00057 are hereby **RESET** for jury selection on November 6, 2017.

**So ORDERED and SIGNED this 24th day of August, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE