# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants.<br><br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIBOLAGET LM ERICSSON, and ERICSSON INC.,<br><br>    Intervenors. | Civil Action No. 2:16-cv-0052-JRG-RSP<br>Civil Action No. 2:16-cv-0055-JRG-RSP<br>Civil Action No. 2:16-cv-0056-JRG-RSP<br>Civil Action No. 2:16-cv-0057-JRG-RSP<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as additional counsel of record for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and consents to electronic service of all papers in this action.

**Katherine Dominguez**
New York State Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
kdominguez@gibsondunn.com

Dated:  August 25, 2017

Respectfully Submitted,

By:  /s/ Katherine Dominguez

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt (NY # 2568228)
jkrevitt@gibsondunn.com
Katherine Dominguez (NY # 4741237)
kdominguez@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax:  (212) 351-4035

GIBSON, DUNN & CRUTCHER LLP
Mark N. Reiter (TX # 16759900)
mreiter@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

GIBSON, DUNN & CRUTCHER LLP
Ernest Y. Hsin (CA # 201668)
ehsin@gibsondunn.com
Neema Jalali (CA # 245424
njalali@gibsondunn.com
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

GIBSON, DUNN & CRUTCHER LLP
Stuart M. Rosenberg  (CA # 239926)
srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

GIBSON, DUNN & CRUTCHER LLP
Casey J. McCracken (CA # 271202)
cmccracken@gibsondunn.com
Eric T. Syu (CA # 303857)
esyu@gibsondunn.com
3161 Michelson Dr.
Irvine, CA 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220

*Attorneys for Defendants, T-Mobile US, Inc. and T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 25, 2017 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Katherine Dominguez*
Katherine Dominguez