**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>    Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS<br>US LLC, NOKIA SOLUTIONS AND<br>NETWORKS OY,<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON, and ERICSSON INC.,<br><br>    Intervenors. | No. 2:16-cv-00052-JRG-RSP<br>No. 2:16-cv-00055-JRG-RSP<br>No. 2:16-cv-00056-JRG-RSP<br>No. 2:16-cv-00057-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS AND INTERVENORS'
RESPONSE TO PLAINTIFF'S NOTICE REGARDING
PROPOSED TRIAL MANAGEMENT PLAN**

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia

Solutions and Networks US LLC, Nokia Solutions and Networks Oy,

Telefonaktiebolaget LM Ericsson, and Ericsson Inc., by and through their undersigned

counsel, submit their response to Plaintiff's proposed trial management plan attached hereto

as Attachment 1.

Dated: August 28, 2017					By:  _/s/ Mark N. Reiter_

        Mark D. Selwyn (California Bar No. 244180)
        Kathryn D. Zalewski (California Bar No. 263119)
        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
        950 Page Mill Road
        Palo Alto, California 94304
        (650) 858-6000

        Joseph J. Mueller (Massachusetts Bar No. 647567)
        Cynthia Vreeland (Texas Bar No. 20625150
        Massachusetts Bar No. 635143)
        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
        60 State Street
        Boston, MA 02109
        (617) 526-6000

        Josh A. Krevitt (New York Bar No. 2568228)
        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Avenue, 47th Floor
        New York, New York 10166
        Tel: (212) 351-4000
        Fax:  (212) 351-4035

        Mark N. Reiter (Texas Bar No. 16759900)
        **GIBSON, DUNN & CRUTCHER LLP**
        2100 McKinney Avenue, Suite 1100
        Dallas, Texas 75201
        Tel: (214) 698-3100
        Fax: (214) 571-2900

        Y. Ernest Hsin (California Bar No. 201668)
        **GIBSON, DUNN & CRUTCHER LLP**
        555 Mission Street
        San Francisco, CA 94105-0921
        Tel: (415) 393-8224
        Fax: (415) 374-8436

        Stuart M. Rosenberg (California Bar No. 239926)
        **GIBSON, DUNN & CRUTCHER LLP**
        1881 Page Mill Road
        Palo Alto, CA 94304-1211
        Tel: (650) 849-5389
        Fax: (650) 849-5089

        Michael E. Jones
        Texas Bar No. 10929400
        mikejones@potterminton.com
        E. Glenn Thames, Jr.

Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*


/s/ *John D. Haynes*
John D. Haynes (GA Bar No. 340599)
Patrick J. Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: John.Haynes@alston.com
Email: Patrick.Flinn@alston.com
Email: Michael.Deane@alston.com

Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com

Deron R. Dacus (Texas State Bar No. 790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430 Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy*

/s/ *Phillip B. Philbin*
Phillip B. Philbin (TX Bar No. 15909020)
LEAD ATTORNEY
Jamie H. McDole (TX Bar No. 24082049)
Michael D. Karson (TX Bar No. 24090198)
Tiffany M. Cooke (TX Bar No. 24087340)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
michael.karson@haynesboone.com
tiffany.cooke@haynesboone.com

*Counsel for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 28, 2017 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ *Mark N. Reiter*
Mark N. Reiter