# EXHIBIT A

I.   **Prior Art to Asserted U.S. Patent Nos. 8,069,365 and 8,719,617**

   A.   **U.S. Patents**

| Number | Filing date | Issue date | Named inventors | Original assignee |
|---|---|---|---|---|
| 7,769,374 | Mar. 12, 2001 | Aug. 3, 2010 | Son Phan-Anh<br>Balint Benko<br>Auvo Hartikainen<br>Markku Verkama<br>Heikki Juhani Einola<br>Stefano Faccin | Spyder Navigations LLC |
| 8,571,548 | Jan. 21, 2002 | Oct. 29, 2013 | Mikka Poikselkä<br>Mikael Heerman<br>Jaakko Rajaniemi | Sisvel International S.A. |

   B.   **Non-U.S. Patent Application Publications**

| Country & Number | Filing date | Publication date | Named inventors | Applicant |
|---|---|---|---|---|
| EP 1 916 821 A1 | Oct. 24, 2006 | Apr. 30, 2008 | Leis, Peter<br>Shen, Jiadong Dr.<br>Wiehe, Ulrich | Nokia Siemens Networks GmbH & Co. |

   C.   **Non-Patent Publications**

| Title | Publication Date | Page Numbers |
|---|---|---|
| ETSI TS 123 228 V7.2.0 (2005-12)<br>(3GPP TS 23.228 version 7.2.0 Release 7) | Dec. 7, 2005 | All |
| ETSI TS 129 228 V7.0.0 (2005-12)<br>(3GPP TS 29.228 version 7.0.0 Release 7) | Dec. 23, 2005 | All |
| 3G TR 23.821 V1.0.1 (2000-07) | July 24, 2000 | All |
| 3GPP TS 24.229 V7.2.0 (2005-12) | Dec. 2005 | All |

II.     Prior Art to Asserted U.S. Patent No. 9,235,462

   A.     U.S. Patents

| Number | Filing date | Issue date | Named inventors | Original assignee |
|---|---|---|---|---|
| 6,785,243 | Dec. 1, 2000 | Aug. 31, 2004 | Fredrik Åberg | Telefonaktiebolaget LM Ericsson |
| 8,531,976 | Mar. 7, 2008 | Sept. 10, 2013 | Jean-Philippe Vasseur<br>Danny Prairie | Cisco Technology, Inc. |

   B.     U.S. Patent Application Publications

| Number | Filing date | Publication date | Named inventors |
|---|---|---|---|
| 2007/0121647 | Aug. 10, 2004 | May 31, 2007 | Yajuan Wu |

   C.     Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| 3GPP TS 23.401 V8.1.0 (2008-03) | Mar. 25, 2008 | All |
| 3GPP TS 29.274 V0.3.0 (2008-05) | May 16, 2008 | All |
| 3GPP TS 23.060 V8.1.0 (2008-06) | June 9, 2008 | All |
| 3GPP TS 29.060 V8.4.0 (2008-06) | June 9, 2008 | All |
| 3GPP TSG CT WG4 Meeting #38bis<br>C4-080591<br>Source: Nokia Siemens Networks<br>Title: Pseudo-CR on GTPv2 information element types for S11 interface | Apr. 11, 2008 | All |
| 3GPP TSG CT WG4 Meeting #38bis<br>C4-080900<br>Source: Nokia Siemens Networks<br>Title: Pseudo-CR on GTPv2 information element types for S11 interface | Apr. 11, 2008 | All |
| 3GPP TSG SA WG2 Architecture -S2#68<br>S2-087025<br>Source: Huawei<br>Title: Discussion on The relationship between TA List and S-GW SA | Oct. 17, 2008 | All |

| | | |
|---|---|---|
| 3GPP TSG CT WG4 Meeting #42<br>C4-090262<br>Source: Huawei<br>Title: Cause IE | Feb. 19, 2009 | All |
| 3GPP TSG CT WG4 Meeting #42<br>C4-090263<br>CHANGE REQUEST<br>Title: Cause IE | Feb. 19, 2009 | All |
| 3GPP TSG-CT 4#42<br>Draft MEETING REPORT v1.0.0 | Feb. 19, 2009 | All |
| Harry Newton, *Newton's Telecom Dictionary: The Authoritative Resource for Telecommunications, Networking, the Internet and Information Technology* (18th ed. 2002) | 2002 | All |
| IEEE Computer Society, *IEEE Standard Glossary of Computer Networking Terminology*, IEEE Std 610.7-1995 (1995) | 1995 | All |
| *Microsoft Computer Dictionary* (5th ed. 2002) | 2002 | All |
| 3G TS 29.060 V3.0.0 (1999-05)<br>(3G TS 29.060 version 3.0.0) | May 1999 | All |
| ETSI TS 132 111-1 V3.2.0 (2000-09)<br>(3GPP TS 32.111-1 version 3.2.0 Release 1999) | Sept. 2000 | All |

**D.    Persons with Knowledge of Prior Art**

| Name | Contact Information |
|---|---|
| Eckhard Papproth | Contact through counsel for NSN |

**III.    Prior Art to Asserted U.S. Patent No. 8,867,339**

**A.    U.S. Patent Application Publications**

| Number | Filing date | Publication date | Named inventors |
|---|---|---|---|
| 2002/0006114 | July 11, 2001 | Jan. 17, 2002 | Frode Bjelland<br>Juan-Antonio Ibanez |

3

| | | | |
|---|---|---|---|
| 2010/0046362 | Aug. 10, 2007 | Feb. 25, 2010 | Jinguo Zhu<br>Jiannan Cai<br>Xiliang Liu |
| 2005/0172012 | Feb. 2, 2004 | Aug. 4, 2008 | Alessio Casati |

### B. Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| 3GPP TSG SA WG2 Architecture - S2#53<br>S2-062308<br>Source: Ericsson<br>Title: Impacts to Functions and Characteristics | June 20, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#52<br>S2-061417<br>Source: Nokia<br>Title: SGSN controlled bearer optimisation; impacts to nodes and interfaces | May 2, 2006 | All |
| 3GPP TS 23.060 V7.1.0 (2006-06) | June 8, 2006 | All |
| 3GPP TR 23.873 V4.0.0 (2001-03) | Apr. 10, 2001 | All |
| 3GPP TR 23.809 V0.3.0 (2006-07) | July 2006 | All |
| 3GPP TS 23.060 V3.1.0 (1999-10) | Oct. 1999 | All |
| 3GPP TSG-SA WG2#12<br>S2-372<br>Source: Motorola<br>Title: Separation of Control and Bearer Signalling in the Packet Domain in the Reference Architecture in TR 23.821 | Mar. 9, 2000 | All |
| 3GPP TSG SA WG2 Architecture - S2#50<br>S2-060238<br>Source: Nokia, Nortel, Vodafone<br>Title: Proposal for a new WID on One Tunnel | Jan. 20, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#50<br>S2-060239<br>Source: Nokia, Nortel, Vodafone | Jan. 20, 2006 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| Title: WID on One Tunnel solution for Optimisation of Packet Data Traffic | | |
| 3GPP TSG SA WG2 Architecture- S2#50<br>S2-060315<br>Source: Nokia, Nortel, Vodafone, Ericsson<br>Title: WID on One Tunnel solution for Optimisation of Packet Data Traffic | Jan. 20, 2006 | All |
| 3GPP TSG SA WG2 Architecture - 52#51<br>S2-060685<br>Source: Nokia<br>Title: Skeleton and scope for One Tunnel TR 23.8xx | Feb. 17, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#52<br>Report of SA WG2 meeting #52 | May 12, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#52<br>S2-061813<br>Source: Nokia, Nortel, Ericsson<br>Title: Impacts to 3G functions, nodes and interfaces | May 12, 2006 | All |
| 3GPP TR 23.809 V0.2.0 (2006-05) | May 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#53<br>S2-062200<br>Source: Nokia<br>Title: SGSN controlled bearer optimisation; updates on clause 6 | June 30, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#54<br>S2-062756<br>Source: Huawei<br>Title: One Solution to Error Indication for SGSN controlled bearer optimisation | Sept. 1, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#54<br>S2-062862<br>Source: ZTE Corporation<br>Title: Error Indication in OTS | Sept. 1, 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#54<br>S2-063365 | Sept. 1, 2006 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| Source: ZTE, Huawei<br>Title: One Solution to Error Indication for SGSN controlled bearer optimisation | | |
| 3GPP TR 23.809 V0.4.0 (2006-09) | Sept. 2006 | All |
| 3GPP TSG SA WG2 Architecture - S2#54<br>Report of SA WG2 meeting #54 | Sept. 1, 2006 | All |
| 3GPP Technical Specification Group Services and System Aspects<br>Draft Report of meeting #33 | Sept. 28, 2006 | All |
| 3GPP TSG SA WG2 meeting #55<br>Draft Report of SA WG2 meeting #55 | Oct. 27, 2006 | All |
| 3GPP TSG-SA2 Meeting #55<br>S2-063564<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality | Oct. 27, 2006 | All |
| 3GPP TSG-SA2 Meeting #55<br>S2-063918<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality | Oct. 27, 2006 | All |
| 3GPP TSG-SA2 Meeting #55<br>S2-063983<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality | Oct. 27, 2006 | All |
| 3GPP TSG-SA2 Meeting #55<br>S2-064045<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality | Oct. 27, 2006 | All |
| 3GPP TSG-SA2 Meeting #55<br>S2-064087<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality | Oct. 27, 2006 | All |
| 3GPP TSG-SA2 Meeting #55<br>S2-064131 | Oct. 27, 2006 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| CHANGE REQUEST<br>Title: Direct Tunnel functionality | | |
| 3GPP TSG-SA2 Meeting #55<br>S2-064134<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality | Oct. 27, 2006 | All |
| 3GPP TSG-SA WG2<br>Draft Report of SA WG2 meeting #56 | Jan. 19, 2007 | All |
| 3GPP SA WG2 Architecture - S2#56<br>S2-070066<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality – RNC failure | Jan. 19, 2007 | All |
| 3GPP SA WG2 Architecture - S2#56<br>S2-070333<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality – RNC failure | Jan. 19, 2007 | All |
| 3GPP SA WG2 Architecture - S2#56<br>S2-070561<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality – RNC failure | Jan. 19, 2007 | All |
| 3GPP SA WG2 Architecture - S2#56<br>S2-070602<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality – RNC failure | Jan. 19, 2007 | All |
| 3GPP SA WG2 Architecture - S2#56<br>S2-070613<br>CHANGE REQUEST<br>Title: Direct Tunnel functionality – RNC failure | Jan. 19, 2007 | All |
| 3GPP TSG SA WG2 Architecture - S2#56b Rel-8 Ad-hoc<br>S2-070956<br>CHANGE REQUEST | Feb. 15, 2007 | All |

| Title | Publication Date | Page Numbers |
|---|---|---|
| Title: Direct Tunnel functionality – RNC failure | | |
| 3GPP TSG SA WG2 Architecture - S2#56b Rel-8 Ad-hoc S2-070955 One Tunnel Drafting Group Report | Feb. 15, 2007 | All |
| 3GPP TS 23.060 V7.4.0 (2007-03) | Mar. 2007 | All |

    **C.**    **Persons with Knowledge of Prior Art**

| Name | Contact Information |
|---|---|
| Hans Ronneke | Contact through counsel for Ericsson |
| Gunner Rydnell | Contact through counsel for Ericsson |
| Antii Pasanen | Contact through counsel for NSN |