**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:16-cv-0052-JRG-RSP** |
| **T-MOBILE US, INC. and** | **JURY TRIAL DEMANDED** |
| **T-MOBILE USA, INC.,** | |
| **Defendants,** | |
| **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.** | |
| **Intervenors.** | |

**JOINT NOTICE RE JURY INSTRUCTIONS**

The parties hereby jointly inform the Court that they have filed their joint proposed preliminary jury instructions and joint proposed final jury instructions per the Eleventh Amended Docket Control Order (Dkt. 363).  The parties expect to engage in further discussions regarding the joint jury instructions which may result in revisions and narrowing of the disputes.  The parties may also discuss further authority for their competing proposals and add objections, if necessary.  Consequently, the parties respectfully submit these draft jury instructions reserving the right to modify them as trial approaches.  The parties continue to meet and confer in an effort to narrow disputes and intend to submit additional proposals as pre-trial issues are resolved.

Dated: September 5, 2017

Respectfully submitted,

*/s/Jonathan J. Lamberson*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Richard A. Sterba
DC Bar No. 461417
sterba@fr.com
**FISH & RICHARDSON P.C.**
901-15th St NW, Suite 700
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
Neil Warren
California Bar No. 272770
warren@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Counsel for Plaintiff Huawei Technologies Co. Ltd.*

/s/ Mark N. Reiter
Josh A. Krevitt
New York Bar No. 2568228
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Mark N. Reiter
Texas Bar No. 16759900
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Ernest Y. Hsin
California Bar No. 201668
Neema Jalali
California Bar No. 245424
**GIBSON, DUNN & CRUTCHER LLP**

555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart M. Rosenberg
California Bar No. 239926
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and*
*T-Mobile USA, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via electronic mail on September 5, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jonathan J. Lamberson*
Jonathan J. Lamberson
