# EXHIBIT C

**From:**          Jane Du <du@fr.com>
**Sent:**          Wednesday, July 12, 2017 3:04 PM
**To:**            Yoon, Angela; FishServiceList-Huawei/T-MobileEDTX
**Cc:**            WH T-Mobile Huawei Service; ExternalEricsson_Huawei@haynesboone.com; Glenn
                   Thames; TXED:Jones, Mike; *** GDC-T-Mobile-Huawei; Nokia-Huawei@alston.com
**Subject:**       RE: Huawei v. T-Mobile - Huawei Amd 1st Supp Privilege Log

Angela,

In response to your letter, the first 11 entries, which you may recognize from our previous privilege log, are simply
included for completeness because they represent the scope of entries in the IT database related to each patent that
was updated over time. As for the other logged items, we have provided the information that is available. Some of the
documents submitted into the IT database do not contain dates and do not show who submitted them.

Thanks,
Jane

**From:** Yoon, Angela [mailto:Angela.Yoon@wilmerhale.com]
**Sent:** Thursday, July 6, 2017 7:13 PM
**To:** Jane Du <du@fr.com>; FishServiceList-Huawei/T-MobileEDTX <FishServiceList-Huawei/T-MobileEDTX@fr.com>
**Cc:** WH T-Mobile Huawei Service <WHT-MobileHuaweiService@wilmerhale.com>;
ExternalEricsson_Huawei@haynesboone.com; Glenn Thames <glennthames@potterminton.com>;
mikejones@potterminton.com; GDC-T-Mobile-Huawei@gibsondunn.com; Nokia-Huawei@alston.com
**Subject:** RE: Huawei v. T-Mobile - Huawei Amd 1st Supp Privilege Log

Counsel,

Please see the attached correspondence.

Thanks,
Angela

**From:** Angela Castagnola [mailto:castagnola@fr.com]
**Sent:** Friday, June 30, 2017 5:00 PM
**To:** ExternalEricsson_Huawei@haynesboone.com; WH T-Mobile Huawei Service <WHT-
MobileHuaweiService@wilmerhale.com>; Glenn Thames <glennthames@potterminton.com>;
mikejones@potterminton.com; GDC-T-Mobile-Huawei@gibsondunn.com
**Cc:** FishServiceList-Huawei/T-MobileEDTX <FishServiceList-Huawei/T-MobileEDTX@fr.com>
**Subject:** Huawei v. T-Mobile - Huawei Amd 1st Supp Privilege Log

Counsel, attached please find the following:

- Huawei Technologies Co. Ltd. Amended First Supplemental Privilege Log – 6/30/2017

1

Angela Castagnola :: Litigation Case Manager :: Fish & Richardson P.C.
858 678 4786 direct :: castagnola@fr.com

**************************************************************************************************************************
*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
**************************************************************************************************************************
*************************

**************************************************************************************************************************
*************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
**************************************************************************************************************************
*************************