# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,** | |
| **Plaintiff,** | No. 2:16-cv-00052-JRG-RSP |
| | No. 2:16-cv-00055-JRG-RSP |
| **v.** | No. 2:16-cv-00056-JRG-RSP |
| | No. 2:16-cv-00057-JRG-RSP |
| **T-MOBILE US, INC. and** | |
| **T-MOBILE USA, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants,** | |
| **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,** | |
| **Intervenors.** | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS'
MOTION TO PRECLUDE HUAWEI FROM CONTESTING FACTS PROVIDED
IN ITS JUNE 30, 2017 PRIVILEGE LOG**

Before the Court is Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy and Telefonaktiebolaget LM Ericsson and Ericsson Inc.'s Motion to Preclude Huawei From Contesting Facts Provided in its June 30, 2017 Privilege Log. Having reviewed the parties' briefing and considered the merits, the Court is of the opinion that the motion should be **GRANTED** and Plaintiff is precluded from contesting the facts provided in its June 30, 2017 privilege log. The specified facts identified in Defendant's motion shall also be entered into the pretrial order and jury instructions as established for purposes of this case.