**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § |
| | §  Case No. 2:16-CV-00052-JRG-RSP |
| v. | §  Case No. 2:16-CV-00055-JRG-RSP |
| | §  Case No. 2:16-CV-00056-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | §  Case No. 2:16-CV-00057-JRG-RSP |
| | § |

## ORDER

Magistrate Judge Payne issued a Report and Recommendation, which recommended denying Huawei's motion to dismiss the counterclaims filed by the T-Mobile defendants. The Report and Recommendation was filed on August 21, 2017, and the parties had until September 5, 2017, to file any objections. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2).

Accordingly,

It is **ORDERED**:

(1) Magistrate Judge Payne's Report and Recommendation is **ADOPTED**.

(2) Huawei's motion to dismiss is **DENIED**.[1]

**So ORDERED and SIGNED this 6th day of September, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 121 in Case No. 2:16-cv-00052;
Dkt. 115 in Case No. 2:16-cv-00055;
Dkt. 119 in Case No. 2:16-cv-00056;
Dkt. 114 in Case No. 2:16-cv-00057.

1