**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**T-MOBILE US, INC.** and **T-MOBILE USA, INC.,**<br><br>Defendants,<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,**<br><br>Intervenors. | No. 2:16-cv-00052-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**T-MOBILE US, INC.'S AND T-MOBILE, USA, INC.'S
SECOND NOTICE REGARDING PROPOSED TRIAL MANAGEMENT**

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., by and through their undersigned counsel, submit their second proposed trial managment plan attached hereto as Attachment 1.

Dated: September 10, 2017         By:   /s/ Mark N. Reiter
                                        Josh A. Krevitt (New York Bar No. 2568228)
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166
                                        Tel: (212) 351-4000
                                        Fax:  (212) 351-4035

                                        Mark N. Reiter (Texas Bar No. 16759900)
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        2100 McKinney Avenue, Suite 1100
                                        Dallas, Texas 75201
                                        Tel: (214) 698-3100
                                        Fax: (214) 571-2900

                                        Y. Ernest Hsin (California Bar No. 201668)
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        555 Mission Street
                                        San Francisco, CA 94105-0921
                                        Tel: (415) 393-8224
                                        Fax: (415) 374-8436

                                        Stuart M. Rosenberg (California Bar No. 239926)
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        1881 Page Mill Road
                                        Palo Alto, CA 94304-1211
                                        Tel: (650) 849-5389
                                        Fax: (650) 849-5089

                                        Mark D. Selwyn
                                        (California Bar No. 244180)
                                        Kathryn D. Zalewski (California Bar No. 263119)
                                        **WILMER CUTLER PICKERING
                                         HALE AND DORR LLP**
                                        950 Page Mill Road
                                        Palo Alto, California 94304
                                        (650) 858-6000

                                        Joseph J. Mueller
                                        (Massachusetts Bar No. 647567)
                                        Cynthia Vreeland
                                        (Texas Bar No. 20625150
                                        Massachusetts Bar No. 635143)
                                        **WILMER CUTLER PICKERING**

2

**HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on September 10, 2017.

                                            */s/ Mark N. Reiter*
                                            Mark N. Reiter