# ATTACHMENT 1

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mark Reiter
Direct: +1 214.698.3360
Fax: +1 214.571.2907
MReiter@gibsondunn.com

September 10, 2017

VIA CM/ECF Filing

Honorable Roy S. Payne
United States Magistrate Judge
Sam B. Hall, Jr. Federal Building and
United States Courthouse
100 East Houston Street
Marshall, TX 75670

Re:   *Huawei Techs. Co. Ltd. v. T-Mobile US, Inc. et al.,* Nos. 2:16-cv-00052, -00055, -00056, -00057

Dear Judge Payne:

T-Mobile respectfully submits this letter regarding case and trial management of the cases identified above. As the Court is aware, jury selection for the -52 case is scheduled for October 2, 2017. Jury selection for the remaining cases (the -55, -56 and -57 cases) is scheduled for November 6, 2017.

As originally filed, the -52 case involved four asserted patents, but the case will soon be substantially narrowed, in that the parties are finalizing a stipulation to dismiss two of the patents (the '365 and '617 patents). Moreover, the -52 case should be reduced to one patent (the '462), because Huawei cannot in good faith proceed with its case on the '339 patent. T-Mobile submits that in light of the Court's rulings on T-Mobile's summary judgment motions for non-infringement, including the Court's finding that the claim elements of the '339 patent contain 3G-specific messages and not the 4G messages in T-Mobile's LTE network that Huawei has accused of infringing, there is no basis for Huawei to continue to assert that patent. T-Mobile requested that Huawei drop the '339 patent in light of this Court's rulings and the lack of any meritorious infringement position. Huawei, however, has expressed its intention to proceed with the '339 patent. Accordingly, at tomorrow's pretrial conference, T-Mobile intends to raise with the Court Huawei's refusal to drop its allegations regarding the '339 patent.

With three other cases also pending, T-Mobile submits that, conducting a jury trial regarding only the '462 patent (and a severely diminished case on the '339 patent, if any) in October is not an efficient use of the Court's or the parties' resources. Instead, T-Mobile requests that the Court vacate the -52 trial setting and move the '462 patent (and '339 patent, pending T-Mobile's motion for judgment on those claims) into the -56 case, which has only one asserted patent remaining. The -55 case, which is the next case, already involves four patents, which is why T-Mobile suggests that the '462 patent from the -52 case be moved to the -56 case. (The last case, the -57 case, involves three patents.)

The Honorable Roy Payne
September 10, 2017
Page 2

      T-Mobile's proposal would be more economical for both the parties and the Court because it would allow all asserted patents to be adjudicated in three, rather than four trials. Moreover, by combining the -52 case into the -56 case, the parties can prepare to try the -55 case with four patents, for which the Court has scheduled a November 6, 2017 jury selection. Because the Court has scheduled the second trial to begin only three weeks after the expected conclusion of the currently scheduled -52 case, Huawei will suffer no prejudice from this proposal.

      T-Mobile has presented these trial management proposals to Huawei. Huawei stated that it would not agree to T-Mobile's proposed scheduling change at the present time, but would take it under consideration.

Respectfully submitted,    By: /s/ Mark N. Reiter

Josh A. Krevitt (New York Bar No. 2568228)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Mark N. Reiter (Texas Bar No. 16759900)
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Ernest Y. Hsin (California Bar No. 201668)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart M. Rosenberg (California Bar No. 239926)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

The Honorable Roy Payne
September 10, 2017
Page 3

        Mark D. Selwyn
        (California Bar No. 244180)
        Kathryn D. Zalewski (California Bar No. 263119)
        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
        950 Page Mill Road
        Palo Alto, California 94304
        Tel: (650) 858-6000

        Joseph J. Mueller
        (Massachusetts Bar No. 647567)
        Cynthia Vreeland
        (Texas Bar No. 20625150
        Massachusetts Bar No. 635143)
        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000

        Michael E. Jones (Texas Bar No. 10929400)
        Email: mikejones@potterminton.com
        E. Glenn Thames, Jr. (Texas Bar No. 00785097)
        Email: glennthames@potterminton.com
        **POTTER MINTON, PC**
        110 North College Ave., Suite 500
        Tyler, Texas 75702
        Tel: (903) 597-8311
        Fax: (903) 593-0846

        *Counsel for Defendants T-Mobile US,*
        *Inc. and T-Mobile USA, Inc.*