**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § | |
| v. | § § | Case No. 2:16-CV-00052-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC. | § § § | |

**ORDER**

As discussed yesterday at the pretrial conference, the Court requests additional written submissions as follows:

(1) T-Mobile's response to Huawei's motion to dismiss counterclaims for lack of subject matter jurisdiction, Dkt. 371, is due due September 18, 2017. Any reply is due September 20, 2017.

(2) Huawei's response to T-Mobile's motion to preclude Huawei from contesting facts provided in its June 30, 2017 amended privilege log, Dkt. 374, is due September 18, 2017. Any reply is due September 20, 2017.

(3) Huawei's Rule 56(f) response concerning whether summary judgment of no literal infringement of the '339 patent should be granted is due September 18, 2017. Any reply is due September 20, 2017.

(4) With respect to T-Mobile's motion *in limine* no. 9, T-Mobile will file a notice with the relevant deposition transcript (in its entirety with relevant portions highlighted) and the internal Huawei policy regarding compliance with ETSI obligations as soon as practicable, but no later than September 18, 2017. If the internal Huawei policy is already in the record, T-Mobile can simply identify the docket entry.

(5) Huawei must submit as soon as practicable but no later than September 18, 2017, all communications (in English or that have been translated into English) that were clawed back on September 10, 2017, for *in camera* review. The Court may order additional *in camera* review thereafter.

(6) Any additional briefing on Huawei's motion *in limine* no. 14, if necessary, is due September 22, 2017.

(7) Two paper copies of the parties' updated exhibit lists are due no later than 8:00 a.m. the morning of the next pretrial conference.

**SIGNED this 12th day of September, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE