IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| HUAWEI TECHNOLOGIES CO. LTD, | § | |
|---|---|---|
| | § | Case No. 2:16-CV-00052-JRG-RSP |
| v. | § | |
| | § | |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | § § | |

## ORDER

Huawei objects to Judge Payne's recommendation that T-Mobile's motion for summary judgment of noninfringement of the '339 patent under the doctrine of equivalents be granted. Having reviewed the objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Huawei's objections, Dkt. 390, are **OVERRULED**.

(2) Magistrate Judge Payne's Report and Recommendation, Dkt. 375, is **ADOPTED**.

(3) T-Mobile's motion for partial summary judgment, Dkt. 263, is **GRANTED**.

**So ORDERED and SIGNED this 13th day of September, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE