# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § | Case No. 2:16-CV-00052-JRG-RSP |
| v. | § § | |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | § § § | |

## ORDER

T-Mobile objects to Judge Payne's recommendation that T-Mobile's motion for summary judgment of noninfringement of the '462 patent be denied. Having reviewed the objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) T-Mobile's objections, Dkt. 393, are **OVERRULED**.

(2) Magistrate Judge Payne's Report and Recommendation, Dkt. 347, is **ADOPTED**.

(3) T-Mobile's motion for partial summary judgment, Dkt. 258, is **DENIED**.

**So ORDERED and SIGNED this 13th day of September, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE