**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**  **Plaintiff,**  v.  **T-MOBILE US, INC. and T-MOBILE USA, INC.,**  **Defendants,**  **NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**  **Intervenors.** | Civil Action Nos. 2:16-cv-00052-JRG-RSP  **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER ON PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD'S
MOTION TO STRIKE DEFENDANTS' AND INTERVENORS'
<u>IMPROPER LETTER BRIEF</u>**

Before the Court is Plaintiff Huawei Technologies Co. Ltd.'s Motion to Strike Defendants' and Intervenors' Improper Letter Brief.  Having considered Huawei's Motion, the Court is of the opinion that Docket No. 401 should be and is hereby STRIKEN from the record.