IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § | Case No. 2:16-CV-00052-JRG-RSP |
| v. | § § | |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | § § § | |

### ORDER

Magistrate Judge Payne issued a report recommending that T-Mobile's motion for partial summary judgment of no pre-suit damages be granted. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). Having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Magistrate Judge Payne's Report and Recommendation, Dkt. 361, is **ADOPTED**.

(2) T-Mobile's motion for partial summary judgment, Dkt. 256, is **GRANTED**.

(3) The damages period for any infringement of the '339 patent may begin no earlier than the date the complaint was filed, January 15, 2016.

**So ORDERED and SIGNED this 20th day of September, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE