IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § | |
| v. | § § | Case No. 2:16-CV-00052-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC. | § § § | |

## ORDER

Huawei objects to Judge Payne's recommendation that T-Mobile's motion for summary partial summary judgment of noninfringement be granted. Dkt. 423. Having reviewed the objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Huawei's objections, Dkt. 423, are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation, Dkt. 379, is **ADOPTED**.

(3) T-Mobile's motion for partial summary judgment, Dkt. 262, is **GRANTED**.

**So Ordered this**
**Sep 28, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1