IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| HUAWEI TECHNOLOGIES CO. LTD, | § | |
|---|---|---|
| | § | Case No. 2:16-CV-00052-JRG-RSP |
| v. | § | Case No. 2:16-CV-00055-JRG-RSP |
| | § | Case No. 2:16-CV-00056-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE U.S.A., INC., | § | Case No. 2:16-CV-00057-JRG-RSP |
| | § | |

### ORDER

Huawei objects to Judge Payne's recommendation that Huawei's motion to dismiss T-Mobile's counterclaims for lack of subject matter jurisdiction be denied. Having reviewed the objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Huawei's objections are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation is **ADOPTED**.

(3) Huawei's motion to dismiss for lack of subject matter jurisdiction is **DENIED**.[1]

**So Ordered this**

**Sep 28, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] Dkt. 371 in Case No. 2:16-cv-00052;
Dkt. 329 in Case No. 2:16-cv-00055;
Dkt. 314 in Case No. 2:16-cv-00056;
Dkt. 312 in Case No. 2:16-cv-00057.