IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**T-MOBILE US, INC. and**<br>**T-MOBILE USA, INC.,**<br><br>    **Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,**<br><br>    **Intervenors.** | **Civil Action No. 2:16-cv-00052-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.'S**
**MOTION FOR REDACTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Huawei Technologies, Co. Ltd. ("Huawei") files this Motion for Redaction and would respectfully show the Court as follows:

1.  Pursuant to Local Rule CV-5.2(b)(4), Huawei hereby requests that the following entries be redacted from the transcript of the proceeding in this matter that occurred on September 29, 2017, and was reported by Shelly Holmes, Court Reporter.

2.  Pursuant to Federal Rules of Civil Procedure 5.2(e), this Court has the authority to order this redaction. The information sought to be redacted is "Confidential" information within the scope of the Protective Order in this case (Dkt.

1

No. 94). Accordingly, Huawei requests that the Court order redaction of the following page and line designations from the September 29, 2017 hearing transcript in this matter:

| Beginning Page/Line | Ending Page/Line |
|---|---|
| 4:12 | 5:19 |
| 5:24 | 6:5 |
| 40:1 | 41:10 |

3.     Huawei respectfully requests that the Court redact the above referenced page and line designations before release of the September 29, 2017 hearing transcript in this matter and for such other and further relief to which Huawei may be entitled.

Dated: October 31, 2017                        Respectfully submitted,

                                             By: */s/ David Conrad*
                                                    Ruffin Cordell
                                                    Texas Bar No. 04820550
                                                    cordell@fr.com
                                                    Richard A. Sterba
                                                    DC Bar No. 461417
                                                    sterba@fr.com
                                                    **FISH & RICHARDSON P.C.**
                                                    1425 K Street, N.W., 11th Floor
                                                    Washington, D.C. 20005
                                                    Telephone: (202) 783-5070
                                                    Facsimile: (202) 783-2331

                                                    Thomas H. Reger II
                                                    Texas Bar No. 24032992
                                                    reger@fr.com
                                                    Carl E. Bruce
                                                    Texas Bar No. 24036278
                                                    bruce@fr.com
                                                    David B. Conrad
                                                    Texas Bar No. 24049042
                                                    conrad@fr.com
                                                    Jane Du
                                                    Texas Bar No. 24076355
                                                    du@fr.com
                                                    **FISH & RICHARDSON P.C.**
                                                    1717 Main Street, Suite 5000
                                                    Dallas, TX 75201
                                                    Telephone: (214) 747-5070
                                                    Facsimile: (214) 747-2091

                                                    David Barkan
                                                    California Bar No. 160825
                                                    barkan@fr.com
                                                    Jonathan Lamberson
                                                    California Bar No. 160825
                                                    lamberson@fr.com
                                                    **FISH & RICHARDSON P.C**.
                                                    500 Arguello Street, Suite 500
                                                    Redwood City, CA 94063

>Telephone: (650) 839-5070
>Facsimile: (650) 839-5071
>
>Kevin Su
>Massachusetts Bar No. 663726
>su@fr.com
>**FISH & RICHARDSON P.C.**
>One Marina Park Drive
>Boston, MA 02210
>Telephone: (617) 542-5070
>Facsimile: (617) 542-8906
>
>**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 31, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/ David Conrad*
>David Conrad

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff conferred via electronic mail with counsel for T-Mobile on October 30, 2017. T-Mobile indicated that they do not oppose the relief sought herein.

/s/ *David B. Conrad*
David B. Conrad