IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC and NOKIA SOLUTIONS AND NETWORKS OY,<br><br>    Intervenors. | No.   2:16-CV-00052-JRG-RSP |

## ORDER

Before the Court is Huawei's Motion for Redaction [Dkt. # 447]. After reviewing the relevant excerpts of the transcript, the Court finds Huawei has not overcome the strong presumption that proceedings should be subject to public scrutiny. *See United States v. Holy Land Found. for Relief & Dev.*, 624 F.3d 685, 690 (5th Cir. 2010). The Court therefore **DENIES** the motion.

**SIGNED** this 20th day of December, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE